IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERNEST GUTIERREZ,**

    Petitioner,

v.                                                      No. 13-cv-1061 LH/SMV

**FNU JOHNSON, et al.,**

    Respondents.

### ORDER

THIS MATTER having come before the Court on Applicant's motion to proceed in forma pauperis [Doc. 2], and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion [Doc. 2] is hereby **GRANTED**, and Applicant may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED**.

                                                        _____
                                                        **STEPHAN M. VIDMAR**
                                                       **United States Magistrate Judge**